JUL. 2. 2009 11:21AM  FILED                           NO. 887   P. 2

AO 442 (Rev. 5/93) Warrant for Arrest

2009 SEP 11 AM 9:27

# UNITED STATES DISTRICT COURT

US MAGISTRATE JUDGE District of Minnesota

BY_____

| UNITED STATES OF AMERICA | 2:09-mj-732-GWF |

**WARRANT FOR ARREST**

v.

0941-0702-1565-0

CASE NUMBER: CR 07-309 MJD and
CR 07-310 MJD

Paul Edward Osborne

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Paul Edward Osborne

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation on Supervised Release

Ordered by:         Michael J. Davis, United States District Court Chief Judge.

_____       July 2, 2009 at Minneapolis, MN
(By) Lori Sampson, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____         Date of Arrest: _____

Name and Title of Arresting Officer       Signature of Arresting Officer

JUL 2 2009 11:21AM
FILED

PROB 12 (Rev. 11/1/2004)

2009 SEP 14 AM 9:27

2:09-mj-732-GWF

FILED BY CLERK OF COURT

BY_____

# United States District Court
## for the
### DISTRICT OF MINNESOTA

**FILED UNDER SEAL**

United States v. Paul Edward Osborne

Docket No. 0:07CR00309-001(MJD)
         0:07CR00310-001(MJD)

### Petition on Supervised Release

COMES NOW **Michael F. Alberts**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Paul Edward Osborne who was sentenced for Counterfeiting and False Identification on March 15, 2004, by the Honorable Ronald E. Longstaff, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: substance abuse testing; abstain from alcohol and/or other intoxicants; $85,363.57 restitution; financial disclosure; no new debt/credit; participate in IRS offset program and subject to wage garnishment; no gambling; and employment requirement/restrictions

Jurisdiction was transferred to the District of Minnesota on September 10, 2007.

8 hours community work service (modified September 20, 2007).

16 hours of community work service (modified January 16, 2008).

30 days of electronic home monitoring (modified March 7, 2008).

30 days of electronic home monitoring with Global Positioning System technology (modified July 30, 2008).

24 hours of community work service (modified October 7, 2008).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**MANDATORY CONDITION:** The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

On June 23, 2009, the defendant was charged with Felony Possession or Sale of Stolen or Counterfeit Checks in Hennepin County, Minnesota.

PRAYING THAT THE COURT WILL ORDER That a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

FILED JUL 0 2 2009
RICHARD D. SLETTEN
JUDGMENT ENT'D _____
DEPUTY CLERK _____

JUL. 2. 2009 11:21AM

2:09-mj-732-GWF

Petition on Supervised Release
Page 2

RE: Paul Edward Osborne
Docket No. 0:07CR00309-001(MJD)

### ORDER OF THE COURT

Considered and ordered this ___/___ day of
___July___, 2009, and ordered filed and made
a part of the records in the above case.

_____
Honorable Michael J. Davis
Chief U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.

_____
Michael F. Alberts
U.S. Probation Officer
Telephone: 612-664-5364

Executed on   June 30, 2009
Place         Minneapolis

Approved:

_____
John G. Baskfield
Supervising U.S. Probation Officer