FRANNY A. FORSMAN
Federal Public Defender
Nevada State Bar No. 00014
411 E. Bonneville Ave, #250
Las Vegas Nevada 89101
(702) 388-6577

Counsel for **Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:09-mj-732-GWF |
| vs. Paul Osborne | |
| Defendant. | |

**ASSERTION OF RIGHT TO COUNSEL, THE RIGHT TO REMAIN SILENT, AND REQUEST TO HAVE COUNSEL PRESENT DURING QUESTIONING**

COMES NOW, the Defendant, pursuant to the Supreme Court of the United States opinion in *Montejo v. Louisiana*, after being advised by counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, hereby requests formal appointment of counsel and further exercises the right to remain silent. The undersigned hereby formally serves notice to government counsel and all relevant government agencies and departments that the undersigned is also hereby exercising the right to have counsel present during any law enforcement or prosecutorial initiated interrogation and does not consent to the initiation of any such questioning without the presence of counsel.

DATED this 14th day of September, 2009.

Witnessed by:
FRANNY A. FORSMAN
Federal Defender

_____
Defendant

_____
Assistant Federal Public Defender

1